UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In Re: Use of Electronic Equipment
in the United States Courthouse and
Federal Building (Fort Myers, FL)　　　　　　Case No. 2:19-mc-2-FtM-38
_____

## ORDER

This cause is before the Court *sua sponte*. Upon consideration of a request to be allowed to carry cell phones and laptop computers into the United States Courthouse and Federal Building, it is

**ORDERED** that the following members of the Merit Selection Panel be permitted to enter the U.S. Courthouse Facility in Fort Myers, Florida with cell phones and laptop computers for a Magistrate Judge selection meeting on March 8, 2019 and candidate interviews on April 2, 2019. Further, the individual(s) must present valid picture identification, upon request, to the Court Security Officers assigned to this facility.

Vicki L. Sproat (chair)
Carl J. Coleman (lawyer)
Donald P. Day (lawyer)
Larry D. Hart (layperson)
George H. Knott (lawyer)
J. Jeffrey Rice (lawyer)
Robbie Roepstorff (layperson)
Stephen B. Russell (lawyer)
Nicole H. Waid (lawyer)

**DONE ON BEHALF OF THE COURT** in Fort Myers, Florida this 7th day of February, 2019,.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

cc:　　Elizabeth M. Warren, Clerk